1  Diana L. Field, SBN 132435
   FERGUSON, PRAET & SHERMAN
2  A Professional Corporation
   1631 East 18th Street
3  Santa Ana, California 92705
   (714) 953-5300
4
5  Attorneys for Defendants

Priority ✓
Send ✓
Enter
Closed ✓
JS-5/JS-6 ✓
JS-2/JS-3
Scan Only

FILED
NOV 5 2004
CLERK U S DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

ORIGINAL

LODGED

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAUREN HARMON,<br><br>    Plaintiff,<br><br>vs<br><br>CITY OF REDLANDS, Redlands Police Chief JIM BUEERMANN in his individual capacity, Police Officer HERRERRA, I D #3543 and DOES 1-10 in their individual and official capacities,<br><br>    Defendants | NO EDCV 04-0294 VAP (SGLx)<br><br>**STIPULATION OF DISMISSAL** |

IT IS HEREBY STIPULATED by and between Plaintiff Lauren Harmon, and the City of Redlands, Jim Brueermann, Officer Herrera , Ralph Knapp and Isaiah Hopkins through their designated counsel that

1   The City of Redlands be and hereby is dismissed with prejudice pursuant to FRCP 41(a)(1)

///
///
///

DOCKETED ON CM
NOV - 8 2004
BY _____ 044

NO EDCV 04-0294 VAP (SGLx)

(22)

| | | |
|---|---|---|
| 1 | 2 | Chief Jim Buerrmann be and hereby is dismissed with prejudice pursuant to FRCP 41(a)(1) |
| 3 | 3 | Officer Eduardo Herrera be and hereby is dismissed with prejudice pursuant to FRCP 41(a)(1) |
| 5 | 4 | Corporal Ralph Knapp be and hereby is dismissed with prejudice pursuant to FRCP 41(a)(1) |
| 7 | 5 | Officer Isaiah Hopkins be and hereby is dismissed with prejudice pursuant to FRCP 41(a)(1). |

Joe H Freeman and Associates

Dated October 27, 2004

_____
Joe H Freeman,
Attorneys for Plaintiff

Ferguson, Praet & Sherman

Dated November 3, 2004

_____
Diana L Field,
Attorneys for Defendants

**SO ORDERED**

11/5/04

_____
VIRGINIA A. PHILLIPS
UNITED STATES DISTRICT JUDGE